## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Loren Thresher, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) since August of 2008, and am currently assigned to the HSI Bangor, Maine office. Since 2008, I have investigated crimes involving the use of computers and the Internet to include crimes involving the sexual exploitation of children. These crimes have included violations of 18 U.S.C. Sections 2252 and 2252A, which prohibit a person from knowingly transporting, receiving, distributing, possessing or accessing with intent to view, in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, child pornography, as defined in 18 U.S.C. Section 2256(8).

2. This affidavit is made in support of an arrest warrant and criminal complaint and is intended to provide the facts necessary for a determination of probable cause. These facts are based on my personal knowledge, information obtained during my participation in this investigation, information from others including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

3. On the evening of May 20, 2021, I learned that Special Agent (SA) Clinton Lindsly, assigned to the HSI Portland, Oregon office, had been monitoring a private Kik chat group dedicated to the distribution of child pornography.[1] On May 20, 2021, SA Lindsly

---

[1] According to the Kik Law Enforcement Guide: "Kik is a smartphone messenger application that lets users connect with their friends and the world around them through chat. Users can send

observed Kik user "jaymie124" post several images between approximately 12:15 PM and 1:18 PM (PT) depicting the abuse of a child. He described the images as follows:

    a. An image depicting an adult male with an erect penis anally penetrating a child approximately 2 – 4 years of age.

    b. An image depicting an infant child approximately 1 year of age. The child has her diaper pulled to the side and the child's vagina is exposed.

    c. An image depicting an adult male hand opening the vagina of an infant child approximately 1 year of age. It appears the child has an infection and the adult male's hands are covered in dirt and/or oil.

4. During the above postings, user "jaymie124" and other Kik users stated the following (not all inclusive):

    Jaymie124: "Thease were taken yesterday" [sic]
    Kik User-1: "how old"
    Jaymie124: "1 and the bent over is 3"
    Kik User-2: "Bent over in her ass?"
    Jaymie124: "Yes"
    Kik User-1: "Do your wife or girlfriend know 8" [sic]
    Jaymie124: "No"
    Kik User-2: "She yours or someone elses"
    Jaymie124: "Both mine"
    Kik User-1: "Good keep it a secret"
    Jaymie124: "Well obviously"

5. Kik user "jaymie124" then posted an image depicting a child being sexually

---

text, pictures, videos and more – all with the app. Kik is available for download on most iOS, Android, and Windows 7 devices. Kik is free to download and uses an existing Wi-Fi connection or data plan to send and receive messages."

abused. Specifically, the image depicted a child approximately 2 – 4 years of age being anally penetrated by an adult male with an erect penis. The following conversation occurred:

> Kik User-2: "Push it"
> Kik User-2: "Do you let her have the privilege of your cum"
> Jaymie124: "I did last week"
> Kik User-2: "Good slut"
> Kik User-3: "Fuck, you must just want to grab those little hips and bury your cock up her shit hole"
> Jaymie124: "I do but I ease in so she doesn't scream to bad"

6. Based on the above chats and images, and believing that Kik user "jaymie124" was potentially abusing one- and three-year-old children, SA Lindsly submitted an Emergency Disclosure Request (EDR) to Kik to produce basic subscriber records and IP connectivity logs for user "jaymie124".

7. Kik provided the requested records with an unconfirmed email address of jaymie124@yahoo.com and various IP addresses that resolved to cell phone service provider US Cellular.

8. SA Lindsly then submitted an EDR to Yahoo for basic subscriber records and connectivity logs for email address jaymie124@yahoo.com.

9. Yahoo responded with one IP address which resolved to US Cellular. Additionally, the email address had a verified phone number of 207-460-3593 which was determined to be serviced by US Cellular.

10. SA Lindsly then submitted an EDR to US Cellular for basic subscriber records and to ping, or geolocate, cellphone number 207-460-3593.

11. US Cellular provided the requested information verbally advising that the phone number was assigned to Travis BESSEY with an address in Penobscot, Maine.

12. US Cellular further provided coordinates for a cell tower located in Sedgwick,

3

Maine.

13.     During a search of Lexus Nexus, SA Lindsly identified a second specific address associated with BESSEY in Sedgwick, Maine.

14.     SA Lindsly then contacted HSI Portland, Maine who contacted the Maine State Police (MSP) Computer Crimes Unit (CCU). MSP CCU reported being familiar with BESSEY as they had received at least three cyber tips from the National Center for Missing and Exploited Children (NCMEC) during 2020. Investigation conducted by the CCU revealed that Travis BESSEY was the user of the email address reported in the NCMEC cyber tips.

15.     On May 21, 2021, at approximately 1200 hours (ET), I learned that Kik user "jaymie124" was in another private Kik chat group and posting that he would be with his kids in about three hours and was seeking another parent that was with their kid.

16.     On May 21, 2021, the MSP CCU requested and was granted a state residential search warrant based on information obtained during their investigation as well as the Kik chat groups identified by SA Lindsly on May 20, 2021. The warrant was granted for Travis BESSEY's home in Sedgwick, Maine as well as a black 2003 GMC extended cab pickup truck bearing Maine registration 501YG. That warrant was executed on May 21, 2021 by MSP CCU Detectives and HSI Bangor Special Agents.

17.     Prior to the search, MSP CCU Detective Jason Bosco and I went to BESSEY's residence and conducted a knock and talk interview. During the interview, BESSEY admitted to having a one-year-old daughter, a three-year-old son, and an eight-year-old son. BESSEY further admitted to having US Cellular cell phone service and confirmed the number as being 207-460-3593. He admitted to having created a Kik account only a few days prior with a name similar to "jaymie234", entering Kik groups, and receiving and subsequently distributing child

pornography images that he received. He denied having created any of the images. He further explained that one of the groups he was in on May 21, 2021, got weird, but he just went along with it.

18. During the search of BESSEY's residence, investigators found and seized one iPhone from the truck and one iPhone from the house, one iPad, and two tablet-type devices. Investigators further noted a pair of orange adult underpants, a blue child's shirt, a brown couch, and a wood floor in the residence. These items are of note as they were seen in several images received by SA Lindsly via Kik.

19. On May 26, 2021, I was informed that an initial search of the contents of the iPhone which was found in the house revealed the presence of child pornography. I was further advised that a search of the contents of the iPhone for images that were created on or with the iPhone also revealed numerous videos depicting the sexual abuse of children. I reviewed some of the videos and found four videos similar to at least one of the images received by SA Lindsly and found an additional two videos similar to another image received by SA Lindsly.

20. Additional search of the iPhone contents revealed attachments sent or received through Kik. A review of the Kik attachments found the child pornography images received by SA Lindsly.

## CONCLUSION

21. Based on the foregoing, there is probable cause to believe Travis BESSEY has distributed child pornography in violation of Title 18, United States Code, Section § 2252A(a)(2).

I, Loren Thresher, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information and belief, and that I make this oath

under pains and penalties of perjury.

Dated at Bangor, Maine this 27th day of May 2021.

_____
Loren Thresher, Special Agent
Homeland Security Investigations

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: May 27, 2021

City and state: Bangor, ME

_____
Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title